1  Name: Clarence D Johnson
2  Address: 3150 N. Racine Ave #219 Chicago Ill 60657
3  Telephone Phone: 708-916-0227
4  Email:

**FILED**
Nov 05 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ vanessac  DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Clarence D Johnson,

Plaintiff(s),

v.s Pope Francis Paul Russell Moore Pres Trump, Obama Mike Pompeo Angela Byers FBI Sen Kamala Harris United Nations Members

Defendant(s).

Case No.: **'20 CV2174 MMA WVG**
(assigned at time of filing)

**COMPLAINT**

I.  **RELATED CASES**

   a.  Do you have other Civil Case(s) in this or any other federal court?
       ☑ Yes    ☐ No

   b.  If yes, please list the case numbers here: Contact
U.S conflict Interest Law Firm 1-800-843-3476
Foreign Policy Guidelines

II.  **STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

Russell Moore Head Religious Ethics committee
Pres Obama Harboring Fugitives
Pres Trump Harboring Fugitives
United nations Harboring Fugitives
Crimes of Treason Daily
St Paul Baptist church DR Lane watson Rich VA.
Dale Osheilds Church of Redeemer (Gaithersburg MD)
Rev Melvin Whitley Ebenezer Baptist Church Durham North Carolina.
Pope Francis Paul + Catholic churches
Crimes in Religion over 12yr period
International Criminal court guidelines
Human trafficking Crimes Biblical crimes
See Queen Elizabeth
Illinios Kentucky Ohio Wisconsin 645 Gov't entrapments
Foreign Policy procedure per crime per change
New York Federal courts 212-857-8500
Extortion        Trump + Obama Administration
Charges         Conspiracy's cover mothers murder
Tampering      Child Trafficking etc
Criminal Evidence   Community Crimes
Public Kidnappings    See Angela Byers FBI
                         513-421-4310
                (Conflict Resolution)
Check Federal case records Trump Obama Administration
US Attorney's office No Good Request for Inquiry.
Need Competent Federal Marshall program.
For Trump + Obama Administration.

2

III. **RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

Arrest Detain Prisoner + property Seizure United States is Behind Over 12 yrs. Foreign Policy Guidelines All Government. Fed's, State, Politicians, Judges etc

See Angela Byers
FBI 513-421-4310
And United nations

Honor motion's First Stay Away order JOBS Doctors family + Friends No contact
Relocation Family. (Seeking 1. Billion Dollars.)
Honor Crime Victim's Compensation
Follow United nations Ethics Guidelines

3

IV. **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☑ Yes ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

Oct 29, 2020
Date

Signature

Clarence D Johnson Jr
Printed Name