UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARANCE D. JOHNSON,<br><br>                        Plaintiff,<br><br>v.<br><br>POPE FRANCIS PAUL, et al.,<br><br>                       Defendants. | Case No.: 20-CV-2174-JLS (WVG)<br><br>**ORDER (1) DENYING MOTION FOR DEFAULT, (2) DISMISSING ACTION WITH PREJUDICE, AND (3) CLOSING CASE**<br><br>(ECF No. 14) |

      Presently before the Court is Plaintiff Clarance D. Johnson's Motion for Default ("Mot.," ECF No. 14). Plaintiff, proceeding pro se, filed a Complaint and a motion to proceed in forma pauperis ("IFP"). *See* ECF Nos. 1, 2. The Court granted Plaintiff's motion to proceed IFP and screened Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(a). *See* ECF No. 9. The Court dismissed Plaintiff's Complaint as frivolous and for failure to state a claim on which relief may be granted on November 20, 2020. *Id.* (citing 28 U.S.C. § 1915(e)(2)(B)). The Court granted Plaintiff leave to file an amended complaint within thirty (30) days, warning that failure to do so would result in a final order dismissing this civil action with prejudice. *Id.* at 5.

      Plaintiff filed a Motion for Default Judgment *nunc pro tunc* to December 1, 2020. ECF No. 11. The Court denied the motion on December 10, 2020 because Plaintiff had

not filed an amended complaint. ECF No. 12. The Court again instructed Plaintiff to file an amended complaint by December 21, 2020 and stated that "[i]f Plaintiff fails to file an amended complaint . . . the Court will enter a final Order dismissing this action." *See id.* at 2. Plaintiff filed the present Motion for Default *nunc pro tunc* to December 15, 2020. ECF No. 14. Plaintiff still has not filed an amended complaint.

Default would be inappropriate because Plaintiff's complaint remains dismissed. Therefore, the Court **DENIES** Plaintiff's Motion for Default (ECF No. 14).

As of the date of this Order, Plaintiff has not filed an amended complaint. *See Lira v. Herrera*, 427 F.3d 1164, 1169 (9th Cir. 2005) ("If a plaintiff does not take advantage of the opportunity to fix his complaint, a district court may convert the dismissal of the complaint into dismissal of the entire action."). Accordingly, the Court **DISMISSES WITH PREJUDICE** the entire action in accordance with the Court's November 20, 2020 Order (ECF No. 9). The Clerk of Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: January 5, 2021

Hon. Janis L. Sammartino
United States District Judge