

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clarance D Johnson,<br><br>                                    **Plaintiff,**<br>                          V.<br>Pope Francis Paul; Russell Moore; Pres Trump; Pres Obama; United Nations; Mike Pompeo; Angela Byers, FBI; Sen Kamala Harris,<br>                                    **Defendant.** | **Civil Action No.** 20-cv-02174-JLS-WVG<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court dismisses with prejudice the entire action in accordance with the Court's November 20, 2020 Order.

**Date:**     1/5/21

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ T. Ferris

T. Ferris, Deputy